IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE )<br>)<br>        Defendant. )<br>) | Civil Action No. 1:14-01239 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on March 24, 2015, the Parties hereby submit the following joint status report regarding the production of responsive records in this Freedom of Information Act ("FOIA") action.

Previously, Judicial Watch had requested that DOJ provide an update on the status of its production of records located in its initial search and on its supplemental search of the files of relevant DOJ personnel. *See* ECF No. 10 at 1 n.1. On April 2, 2015, DOJ informed Judicial Watch that it had approximately 3,000 potentially responsive records remaining to review and that it had completed its supplemental search of the files of relevant Public Integrity Section personnel.

On May 19, 2015, Defendant U.S. Department of Justice ("DOJ") made its fourth production of responsive records. Defendant now anticipates that its final production of responsive records will occur on or before July 21, 2015.[1] Consistent with the Court's Minute

---

[1] In addition, DOJ has referred potentially responsive records that originated with the Federal Bureau of Investigation ("FBI"), the Internal Revenue Service ("IRS"), and the Treasury Inspector General for Tax Administration ("TIGTA") to those agencies. The Parties will provide

Order entered on March 24, 2015, the Parties will file another status report on July 21, 2015, informing the Court as to the status of Defendant's production and providing a proposed schedule for further proceedings in this litigation.

Respectfully submitted,

| | |
|---|---|
| /s/ Ramona R. Cotca | BENJAMIN C. MIZER |
| RAMONA R. COTCA | Principal Deputy Assistant Attorney General |
| D.C. Bar no. 501159 | |
| Judicial Watch, Inc. | MARCIA BERMAN |
| 425 Third Street, S.W., Suite 800 | Assistant Branch Director |
| Washington, D.C. 20024 | |
| (202) 646-5172 | /s/ Bradley H. Cohen |
| | BRADLEY H. COHEN |
| *Counsel for Plaintiff* | D.C. Bar No. 495145 |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., NW, Room 7338 |
| | Washington, DC 20001 |
| | Tel:  (202) 305-9855 |
| | Fax:  (202) 616-8202 |
| | |
| | *Counsel for Defendant* |

Dated: May 21, 2015

---

an update as to the status of these referrals in their next joint status report consistent with the Court's deadline.